Robert O. Rice (6639)
Brittany J. Merrill (16104)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
rrice@rqn.com
bmerrill@rqn.com

*Attorneys for Defendant Western Governors University*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **GABRIEL GAMPER**,<br><br>          Plaintiff,<br><br>v.<br><br>**WESTERN GOVERNORS UNIVERSITY**,<br>a Utah corporation,<br><br>          Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-01194-PMW<br><br>Magistrate Judge Paul M. Warner |

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii) and 41(a)(2), Defendant Western Governors University and Plaintiff Gabriel Gamper, hereby jointly move the Court to dismiss this action with prejudice, each to bear their own fees and costs.

A proposed order is submitted herewith.

DATED this 11th day of June, 2018.

                                        RAY QUINNEY & NEBEKER P.C.


                                        /s/ Robert O. Rice
                                        Robert O. Rice
                                        Brittany J. Merrill
                                        *Attorneys for Defendant*

DATED this 11th day of June, 2018.

        PHILLIPS DAYS LAW FIRM

        /s/ Sean C. Davis (signed with permission)
        Sean C. Davis
        Trey Dayes
        Preston K. Flood
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2018, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Trey Dayes
Sean C. Davis
Preston K. Flood
PHILLIPS DAYS LAW FIRM
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
seand@phillipsdayeslaw.com
prestonf@phillipsdayeslaw.com

/s/ Marci Meyers

1453600