# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **GABRIEL GAMPER,**<br><br>Plaintiff,<br><br>v.<br><br>**WESTERN GOVERNORS UNIVERSITY,**<br>a Utah corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-cv-01194-PMW<br><br>Chief Magistrate Judge Paul M. Warner |

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice, and for good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED, and the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED this 12th day of June, 2018.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge